UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EMANUEL DELACRUZ,                                                 :
:
                      Plaintiff,                          :
:       21-CV-5072 (JMF)
     -v-                                                         :
:            ORDER
AMIGOFOODS CORP.,                                                 :
:
                      Defendant.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Orders of June 9, 2021, and August 2, 2021, *see* ECF Nos. 6, 16, the parties filed a joint status letter on August 9, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 17.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's June 9, 2021 Order.

       SO ORDERED.

Dated: August 10, 2021                                      _____
       New York, New York                          JESSE M. FURMAN
                                                      United States District Judge